# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSURU WOLE SHO,<br><br>  Petitioner,<br><br>  v.<br><br>CURRENT OR ACTING FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>  Respondent. | Case No.: 1:21-cv-01812-BAK (HBK)<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION |

Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding on his *pro se* Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241.  (Doc. No. 1, "Petition").  By separate order, the Court directed Respondent to respond to the merits of the Petition.  (Doc. No. 18).  On November 19, 2021, Petitioner filed an emergency motion for bond hearing.  (Doc. 5).  Prior to considering the motion, the Court will direct Respondent to respond to the motion.

Accordingly, the Court ORDERS:

1) Respondent is GRANTED thirty days from the date of service of this order to file an opposition or statement of non-opposition to the motion (Doc. No. 5); and

1

2) In the event Respondent files an opposition, Petitioner is GRANTED thirty days to file a reply.

Dated:  February 10, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE