UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSURU WOLE SHO,<br><br>Petitioner,<br><br>v.<br><br>CURRENT OR ACTING FIELD OFFICER DIRECTOR, SAN FRANCISCO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents. | No. 1:21-cv-01812-TLN-AC<br><br>**ORDER** |

Petitioner, proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 16, 2022, a magistrate judge previously assigned to this action issued findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 22.) Petitioner has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo.

1

*See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the previously assigned magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued February 16, 2022 (ECF No. 22) are ADOPTED in full; and

2. Petitioner's construed Motion for a Temporary Restraining Order (ECF No. 9) is DISMISSED as duplicative of the relief requested in his Petition.

**DATED:  September 23, 2022**

Troy L. Nunley
United States District Judge

2