UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSURU WOLE SHO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CURRENT OR ACTING FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　Respondents. | Case No. 1:21-cv-01812-TLN-AC<br><br><br>**NOTICE OF RELATED CASE ORDER** |
| MONSURU WOLE SHO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MOISES BECERRA, et al.,<br><br>　　　　　Respondents. | Case No. 1:23-cv-00029-HBK |

　　　　Examination of the above-entitled actions reveals that the cases are related within the meaning of Local Rule 123(a). The actions involve the same parties, are based on the same

claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

      IT IS THEREFORE ORDERED that the action denominated as 1:23-cv-00029-HBK is hereby reassigned to District Judge Troy Nunley and Magistrate Judge Alison Claire for all further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 1:23-cv-00029-TLN-AC.  The Magistrate Judge and District Judge assigned to Case No. 1:21-cv-01812-TLN-AC will remain the same.  It is FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

      IT IS SO ORDERED.

DATE:  February 9, 2023

_____
Troy L. Nunley
United States District Judge